# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GLENN SCOTT SNYDER**                                                         **PLAINTIFF**

**v.**                  **No. 3:23-cv-00073-LPR-ERE**

**COMMISIONER OF SOCIAL SECURITY**                       **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 15)* is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 6 September 2023.

_____
UNITED STATES MAGISTRATE JUDGE